UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>CLIFFS NATURAL RESOURCES INC., et al.,<br><br>               Defendants. | CASE NO. 1:14-cv-1031<br><br>JUDGE PATRICIA A. GAUGHAN<br><br><br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH A. FISCHETTI** |

Pursuant to Local Rule 83.5(h), Plaintiff, The Department of the Treasury of the State of New Jersey and its Division of Investment ("Plaintiff"), by and through counsel, hereby moves this Honorable Court to admit Joseph A. Fischetti *pro hac vice* to the United States District Court, Northern District of Ohio, for the purpose of prosecuting the above-captioned case. Mr. Fischetti's contact information is as follows:

> Joseph A. Fischetti
> Lowenstein Sandler LLP
> 65 Livingston Avenue
> Roseland, New Jersey 07068
> Telephone: 973-597-2500
> Fax: 973-597-2400
> Email: jfischetti@lowenstein.com

Attached hereto and incorporated herein as if fully rewritten are the Verified Statement and Oath of Joseph A. Fischetti.

WHEREFORE, Joseph A. Fischetti is an attorney in good standing of good and sufficient experience to conduct himself with acumen in the United States District Court for the Northern District of Ohio and Plaintiff hereby moves for the admission of Joseph A. Fischetti *pro hac vice*.

/s/ Scott D. Simpkins
John R. Climaco (0011456)
Scott D. Simpkins (0066775)
**CLIMACO WILCOX PECA TARANTINO
& GAROFOLI CO., LPA**
55 Public Square, Suite 1950
Cleveland, OH 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
jrclim@climacolaw.com
sdsimp@climacolaw.com

*Local Counsel for Proposed Lead Plaintiff, the
Department of the Treasury of the State of New
Jersey and its Division of Investment*

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically this 13th day of May, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott D. Simpkins*
One of the Attorneys for Plaintiff