## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated, ) ) ) ) ) ) ) | CASE NO. 1:14-cv-1031<br><br>JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, ) ) ) | |
| v. ) ) ) | |
| CLIFFS NATURAL RESOURCES INC., et al., ) ) ) ) | |
| Defendants. ) | |

### VERIFIED STATEMENT AND OATH OF JOSEPH A. FISCHETTI IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Joseph A. Fischetti, under the authority of the rules governing admission to the United States District Court, Northern District of Ohio, Eastern Division, move this Court for permission to participate *pro hac vice* as counsel in the above-referenced case and would show the Court as follows:

1. I am an attorney at the firm of Lowenstein Sandler LLP LLP, 65 Livingston Avenue, Roseland, New Jersey, 07068, Telephone 973-597-2500, Fax 973-597-2400, Email jfischetti@lowenstein.com.

2. The firm that I am an attorney of has been counsel for Plaintiff in the past and Plaintiff was able to secure the services of Scott D. Simpkins, who is a practicing attorney, member of the State Bar of Ohio, and admitted to practice before this Court. Mr. Simpkins's bar registration number is 0066775. The firm address is as follows: Climaco, Wilcox, Peca, Tarantino & Garofoli Co., L.P.A., 55 Public Square, Suite 1950, Cleveland, Ohio 44113.

3. I became admitted to practice in the state of New Jersey on December 20, 2010 and in the state of New York on July 18, 2011, and I am an active member in good standing in both states. My New Jersey Attorney Registration number is 014032010. My New York Attorney Registration number is 4939641. I have also been admitted to practice before the United States District Court of the District of New Jersey.

4. I have never been disbarred or suspended from practice before any court. Department, bureau or commission of any State or the United States, or ever received any

reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar of any jurisdiction in which I have been licensed.

5. This Verified statement is accompanying a motion of Ohio attorney, Scott D. Simpkins, with whom I will be associated in the proceedings of this case, and below is an Oath per Local Rule 83.5(f).

WHEREFORE, Movant, Joseph A. Fischetti, prays that this Court grant him permission to participate as a non-resident attorney in the proceedings of this case.

_____
Joseph A. Fischetti

## OATH

Pursuant to Local Rule 83.5(f):

I, Joseph A. Fischetti, do solemnly swear that as an attorney of this Court, I will conduct myself uprightly, according to the law and the ethical standards of the Code of Professional Responsibility adopted by the Supreme Court of Ohio, so far as they are not inconsistent with Federal Law, and that I will support the Constitution and laws of the United States.

_____
Joseph A. Fischetti

SWORN and SUBSCRIBED to before me this 13th day of May, 2014.

_____
Notary Public

ELSA GLORIA GOMEZ
A Notary Public of New Jersey
My Commission Expires May 27, 2014