# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

THE DEPARTMENT OF THE TREASURY )
OF THE STATE OF NEW JERSEY AND ) Case No. 1:14-CV-01031-PAG
ITS DIVISION OF INVESTMENT, )
               Plaintiff, ) Judge Patricia A.Gaughan
      )
v. )
CLIFFS NATURAL RESOURCES INC., )
JOSEPH CARRABBA, LAURIE BRLAS, )
TERRY PARADIE and DAVID B. BLAKE )
            Defendants, )
      )

## NOTICE OF APPEARANCE

     Please take notice that John M. Newman, Jr., Geoffrey J. Ritts, and Adrienne Ferraro Mueller, of the law firm Jones Day, hereby give notice that they will appear as counsel of record on behalf of Defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terry Paradie and David B. Blake.

Dated: June 4, 2014                         Respectfully submitted,

                                            /s/ John M. Newman, Jr.
                                            John M. Newman, Jr.
                                            (Ohio Bar Registration No. 0005763)
                                            E-mail:  jmnewman@jonesday.com
                                            Geoffrey J. Ritts
                                            (Ohio Bar Registration No. 0062603)
                                            E-mail:  gjritts@jonesday.com
                                            Adrienne Ferraro Mueller
                                            (Ohio Bar Registration No. 0076332)
                                            E-mail:  afmueller@jonesday.com
                                            Jones Day
                                            North Point
                                            901 Lakeside Avenue
                                            Cleveland, Ohio 44114-1190
                                            Telephone:    (216) 586-3939
                                            Facsimile:    (216) 579-0212

                                            *Attorneys for Defendants Cliffs Natural
                                            Resources Inc., Joseph Carrabba, Laurie
                                            Brlas, Terry Paradie and David B. Blake*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing Notice of Appearance was filed electronically on

June 4, 2014.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

/s/ Adrienne F. Mueller
*One of the Attorneys for Defendants*
*Cliffs Natural Resources Inc., Joseph*
*Carrabba, Laurie Brlas, Terry Paradie*
*and David B. Blake*
