UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| The Department of the Treasury of the State of New Jersey and its Division of Investment, | ) ) ) | CASE NO. 1:14CV1031 |
| Plaintiff(s), | ) ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) ) | |
| Cliffs Natural Resources Inc., et al., | ) ) ) | ORDER OF RECUSAL |
| Defendant(s). | ) | |

Pursuant to 28 U. S. C. §455 (a), this Court is disqualified from presiding over this case.

IT IS ORDERED that, pursuant to Local Rule 3.1 (b)(1), this case is returned to the Clerk of Court for reassignment to another judge by random lot.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 6/6/14