AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| The Department of the Treasury of the State of New Jersey and its Division of Investment,<br>*Plaintiff*<br>v.<br>Cliffs Natural Resources Inc., et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:14cv1031<br><br>Judge Gaughan |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Cliffs Natural Resources Inc.
200 Public Square, Suite 3300
Cleveland, Ohio 44114

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott D. Simpkins
Climaco Wilcox Peca Tarantino & Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, Ohio 44113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Geri M. Smith
*CLERK OF COURT*

Date: 05/12/2014

s/Bruce Chancellor
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-cv-01031

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cliffs Natural Resources Inc.
was received by me on *(date)* 05/12/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons and a copy of the comlpaint by US Express Mail delivered on June 11, 2014 and by US Certified Mail delivered on June 12, 2014. A copy of the Certified Mail Return Receipt is attached hereto.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/16/2014

*Server's signature*

Scott D. Simpkins
*Printed name and title*

Climaco Wilcox Peca Tarantino & Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, Ohio 44113
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Steven Blau* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name) **Steven Blau** C. Date of Delivery 6/12/14 |
| 1. Article Addressed to:<br>CLIFFS NATURAL RESOURCES INC.<br>200 PUBLIC SQUARE, SUITE 3300<br>CLEVELAND, OHIO 44114 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 1640 0002 0162 5524 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540