# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated, | CASE NO: 1:14-CV-1031 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| v. | **PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION AND ENLARGEMENT OF TIME** |
| CLIFFS NATURAL RESOURCES, INC, *et al.*, | |
| Defendants. | |

This case came before the Court on Defendants' Motion for Enlargement of Time and Leave to Exceed the Page Limitation. The Court finds that such Motion is proper in all respects, is well taken, and should be granted.

It is therefore ordered, adjudged and decreed that the deadline by which Defendants must file the Reply shall be January 7, 2015 and the page limitation for the Defendants' Reply in Support of their Motion to Dismiss the Amended Class Action Complaint ("Reply") shall be twenty-three (23) pages.

IT IS SO ORDERED.


DATED:  12/16/14                                          /s/Dan Aaron Polster
                                                          JUDGE DAN AARON POLSTER

{02815120.DOC;1 }