IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION, OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>         Plaintiff,<br><br>  -against-<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRANCE PARADIE, and DAVID B. BLAKE,<br><br>         Defendants. | Case No. 14-CV-1031-DAP<br><br>ELECTRONICALLY FILED<br><br>**NOTICE OF WITHDRAWAL OF APPEARANCE OF RYAN J. ANDREOLI AS ATTORNEY FOR DEFENDANTS** |

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83.9, Ryan J. Andreoli has left his employment with Cadwalader, Wickersham & Taft, LLP ("Cadwalader"), counsel for defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terrance Paradie, and David B. Blake ("Defendants"), and will no longer have any involvement in this action. Gregory A. Markel, Martin L. Seidel and Gillian G. Burns of Cadwalader, and Christopher S. Williams, Kimberly Moses and Eric S. Zell of Calfee, Halter & Griswold LLP, will remain counsel of record for Defendants in this action.

Respectfully submitted,

*s/ Gregory A. Markel*
GREGORY A. MARKEL (*pro hac vice* granted)
MARTIN L. SEIDEL (*pro hac vice* granted
GILLIAN GROARKE BURNS (*pro hac vice* granted)
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
(212) 504-6000
(212) 460-6666 (fax)
greg.markel@cwt.com
martin.seidel@cwt.com
gillian.burns@cwt.com

*/s/ Christopher S. Williams*
CHRISTOPHER S. WILLIAMS (OH 0043911)
KIMBERLY MOSES (OH 0029601)
ERIC S. ZELL (OH 0084318)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (fax)
cwilliams@calfee.com
kmoses@calfee.com
ezell@calfee.com

*Counsel for Defendants Cliffs Natural Resources, Inc., Joseph A. Carrabba, Laurie Brlas, Terrance M. Paradie, and David B. Blake*

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was filed electronically on December 31, 2014. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                */s/ Gregory A. Markel*
                One of the Attorneys for Defendants