UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **THE DEP'T OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT,** on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**CLIFFS NATURAL RESOURCES INC.,** et al.,<br><br>Defendants. | CASE NO. 1:14 CV 1031<br><br>JUDGE DAN AARON POLSTER<br><br>**SCHEDULING ORDER** |

Before the Court are the following pending motions:

(1) Defendants' Motion to Dismiss  (**Doc #: 32**);

(2) Defendants' Motion . . . to Strike Certain Allegations from the Amended Class Action Complaint ("Motion to Strike")  (**Doc #: 39**); and

(3) Defendants Motion to Stay Consideration of Defendant's Motion to Dismiss . . . Pending a Ruling on Defendant's Motion to Strike ("Motion to Stay")  (**Doc #: 41**).

Due to the seriousness of the allegations regarding certain confidential witnesses asserted in Defendants' Motion to Strike, the Court hereby **GRANTS** the Motion to Stay Ruling on Defendants' Motion to Dismiss pending its ruling on the Motion to Strike.  (**Doc #: 41**)  In addition to briefing whether the allegations of the confidential witnesses identified by Defendants should be stricken from the Amended Complaint, the Court also **DIRECTS** Plaintiff to brief whether the Amended Complaint can survive Defendant's Motion to Dismiss absent those allegations.

Plaintiff shall file its memorandum in response to the Motion to Strike **no later than 4:00 p.m. Eastern Time on Friday, February 6, 2015**; and Defendant shall file its reply **no later than 4:00 p.m. Eastern Time on Friday, February 13, 2015**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 */s/ Dan A. Polster     January 27, 2015*
　　　　　　　　　　　　　　　　　　　　　　 **Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　 **United States District Judge**