UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRY PARADIE, and DAVID B. BLAKE,<br><br>Defendants. | Civ. A. No. 14-CV-1031-DAP<br><br>Hon. Dan Aaron Polster, U.S.D.J.<br><br><br>**ORDER GRANTING LEAD PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE IN EXCESS OF PAGE LIMITATIONS** |

This matter is before the Court on Lead Plaintiff's Unopposed Motion for Leave to File Memorandum in Opposition to Defendants' Motion to Strike in Excess of Page Limitations (the "Motion"). With good cause appearing, the Court finds that the Motion should be granted.

It is therefore ordered, adjudged, and decreed that the page limit for Lead Plaintiff's Opposition to Defendants' Motion Pursuant to Federal Rule of Civil Procedure 12(f) to Strike Certain Allegations from the Amended Class Action Complaint shall be 20 pages.

IT IS SO ORDERED.

Dated:  February 3, 2015             s/ Dan Aaron Polster
                                     Hon. Dan Aaron Polster, U.S.D.J.