UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION, OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRANCE PARADIE, and DAVID B. BLAKE,<br><br>Defendants. | Case No. 14-CV-1031-DAP<br><br>ELECTRONICALLY FILED<br><br>CLASS ACTION |

**DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITATION**

Defendants Cliffs Natural Resources Inc. ("Cliffs"), Joseph Carrabba, Laurie Brlas, Terrance M. Paradie, and David B. Blake (collectively, the "Defendants"), by and through their undersigned counsel and pursuant to Rule 7.1(f) of the Local Rules for the United States District Court for the Northern District of Ohio, hereby move the Court for an Order granting Defendants leave to file a joint twenty (20)-page Reply in Support of their Motion Pursuant to Federal Rule of Civil Procedure 12(F) to Strike Certain Allegations from the Amended Class Action Complaint ("Motion to Strike") that is in excess of the fifteen (15)-page limit set forth in Local Rule 7.1(f) for memoranda relating to non-dispositive motions.

Defendants request five (5) additional pages to adequately and thoroughly address the numerous arguments set forth in Lead Plaintiff's Opposition to the Motion to Strike. Pursuant to the Court's Scheduling Order dated January 27, 2015 (Dkt. # 44), Lead Plaintiff was instructed

to brief its response to the Motion to Strike as well as to address "whether the Amended Complaint can survive Defendants' Motion to dismiss absent those allegations." Lead Plaintiff requested and was afforded five (5) additional pages in its Opposition to the Motion to Strike to be able to address both issues. Defendants request a corresponding extension of the page limitation set forth in Local Rule 7.1(f) to reply to the arguments of Lead Plaintiff on the Motion to Strike and to respond to their arguments on whether their Complaint states a claim if the Motion to Strike is granted. A five (5) page extension of the limitation will allow Defendants to also address both issues. Therefore, good cause exists for granting Defendants their requested five (5)-page enlargement of their Reply.

Plaintiff's counsel consented to Defendants' requested extension of the page limitation via electronic mail on February 9, 2015.

WHEREFORE, as set forth above, Defendants request that the Court grant Defendants an extension of the page limitation for the Reply by an additional five (5) pages. A proposed Order is attached hereto as Exhibit A for the Court's convenience.

Respectfully submitted,

Dated: February 9, 2015

*/s/ Gregory A. Markel*
GREGORY A. MARKEL (admitted *pro hac vice*)
MARTIN L. SEIDEL (admitted *pro hac vice*)
GILLIAN GROARKE BURNS (admitted *pro hac vice*)
**CADWALADER, WICKERSHAM & TAFT LLP**
One World Financial Center
New York, NY 10281
Phone: (212) 504-6000
Fax: (212) 504-6666
greg.markel@cwt.com
martin.seidel@cwt.com
gillian.burns@cwt.com

CHRISTOPHER S. WILLIAMS (OH 0043911)
KIMBERLY MOSES (OH 0029601)
ERIC S. ZELL (OH 0084318)
**CALFEE, HALTER & GRISWOLD LLP**
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (fax)
cwilliams@calfee.com
kmoses@calfee.com
ezell@calfee.com

*Counsel for Defendants Cliffs Natural Resources, Inc., Joseph A. Carrabba, Laurie Brlas, Terrance M. Paradie, and David B. Blake*

3

## CERTIFICATE OF SERVICE

The foregoing, *Defendants' Unopposed Motion for Leave to Exceed Page Limitation*, has been filed electronically this 9th day of February, 2015. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. Parties may access this filing through the Court's electronic system.

                                               */s/ Gregory A. Markel*
                                               One of the Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION, OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>                                             Plaintiff,<br><br>                  -against-<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRANCE PARADIE, and DAVID B. BLAKE,<br><br>                                            Defendants. | Case No. 14-CV-1031-DAP<br><br>ELECTRONICALLY FILED<br><br>CLASS ACTION |

      This case came before the Court on Defendants' Motion for Leave to Exceed the Page Limitation. The Court finds that such Motion is proper in all respects, is well taken, and should be granted.

      It is therefore ordered, adjudged and decreed that the page limitation for Defendants' Reply in Support of their Motion Pursuant to Federal Rule of Civil Procedure 12(F) to Strike Certain Allegations from the Amended Class Action Complaint shall be twenty (20) pages.

      IT IS SO ORDERED.


DATED: _____            _____

                                                          JUDGE DAN AARON POLSTER