# EXHIBIT B

# APPENDIX A

## BASES FOR DISCOUNTING EACH CONFIDENTIAL WITNESS ALLEGATION

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Vague & Conclusory | Statements Not Connected to Defendants | Departed Before or During Class Period | Background Statements Unrelated to Claims |
|---|---|---|---|---|---|---|---|
| CW 1 | 48 | Bloom Lake Acquisition | X | X | X | | X |
| | 130 | Shutdowns at Bloom Lake | | X | X | | |
| | 151 | Management and Staffing at Bloom Lake | X | X | X | | |
| | 242 | Oversight of Bloom Lake | | X | X | | |
| | 245 | Visits to Bloom Lake | X | X | X | | |
| CW 2 | 49 | Bloom Lake Acquisition | X | X | X | | |
| | 71 | Dividend | | X | | | X |
| | 132 | Shutdowns at Bloom Lake | X | X | X | | |
| | 133 | Production Goals | X | X | X | | |
| | 134 | Production Goals | X | X | X | | |
| | 213 | Viability of Phase 2 and 3 Expansion | X | X | X | | |
| | 214 | Management at Bloom Lake | X | X | X | | |
| | 245 | Visits to Bloom Lake | X | X | X | | |
| | 251 | Management at Bloom Lake | X | X | X | | |
| CW 3 | 50 | Bloom Lake Acquisition | X | X | X | X | X |
| CW 4 | 50 | Bloom Lake Acquisition | X | X | X | | X |
| CW 5 | 50 | Bloom Lake Acquisition | X | X | X | X | X |
| | 153 | Management and Staffing at Bloom Lake | | X | X | X | |
| | 181 | Viability of Phase 2 and 3 Expansion | X | X | X | X | |
| CW 6 | 67 | Iron Ore Prices | | X | X | X | X |
| CW 7 | 70 | Testing and Sustainability of the Dividend | X | X | X | | |
| | 210 | Testing and Sustainability of the Dividend | X | X | X | | |
| | 253 | Policies Unrelated to Bloom Lake | X | X | X | | X |
| | 254 | Production Goals | X | X | X | | |
| | 255 | Testing and Sustainability of the Dividend | X | X | X | | |
| | 256 | Testing and Sustainability of the Dividend | | X | | | |
| | 269, 287, 306, 321, 335 | Testing and Sustainability of the Dividend | X | X | X | | |

# APPENDIX A

## BASES FOR DISCOUNTING EACH CONFIDENTIAL WITNESS ALLEGATION

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Statements Not Connected to Defendants | Vague & Conclusory | Departed Before or During Class Period | Background Statements Unrelated to Claims |
|---|---|---|---|---|---|---|---|
| CW 8 | 73 | Testing and Sustainability of the Dividend | X | X | X | X | |
| | 215 | Testing and Sustainability of the Dividend | X | X | X | X | |
| CW 9 | 129 | Shutdowns at Bloom Lake | | X | X | X | |
| CW 10 | 131 | Shutdowns at Bloom Lake | X | X | X | X | |
| | 212 | Viability of Phase 2 and 3 Expansion | X | X | X | X | |
| | 243 | Due Diligence at Bloom Lake | X | X | X | X | |
| | 246-47 | Shutdowns at Bloom Lake | | X | X | X | |
| CW 11 | 136 | Silica Levels | | X | X | | X |
| | 145 | Concentrator Related Issues | | X | X | | |
| | 146 | Concentrator Related Issues | | X | X | | |
| CW 12 | 141 | Silica Levels | X | X | X | X | |
| | 147 | Concentrator Related Issues | X | X | X | X | |
| CW 13 | 142 | Concentrator Related Issues | | X | X | [1] | X |
| | 144 | Concentrator Related Issues | | X | X | | |
| CW 14 | 147 | Concentrator Related Issues | X | X | X | X | X |
| CW 15 | 148 | Concentrator Related Issues | | X | X | [2] | X |
| CW 16 | 152 | Management and Staffing at Bloom Lake | X | | X | X | X |
| | 164 | Transportation Systems | X | X | X | X | X |
| | 179 | Viability of Phase 2 and 3 Expansion | | X | X | X | |
| | 180 | Viability of Phase 2 and 3 Expansion | | X | X | X | |
| | 182 | Viability of Phase 2 and 3 Expansion | X | X | X | X | |
| | 183 | Viability of Phase 2 and 3 Expansion | | X | X | X | X |
| | 186 | Viability of Phase 2 and 3 Expansion | X | X | X | X | |
| | 211 | Viability of Phase 2 and 3 Expansion | | X | X | X | |
| | 245 | Visits to Bloom Lake | | X | X | X | |
| | 339 | Viability of Phase 2 and 3 Expansion | X | X | X | X | X |

[1] Not a Cliffs' employee; employed by CLM Consultants.  Appendix to AC.

[2] Not a Cliffs' employee; employed by CIMA+.  Appendix to AC.

# APPENDIX A

## BASES FOR DISCOUNTING EACH CONFIDENTIAL WITNESS ALLEGATION

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Statements Not Connected to Defendants | Vague & Conclusory | Departed Before or During Class Period | Background Statements Unrelated to Claims |
|---|---|---|---|---|---|---|---|
| CW 17 | 154 | Management and Staffing at Bloom Lake | X | X | X | | |
| | 155 | Management and Staffing at Bloom Lake | X | X | X | | |
| | 242 | Oversight of Bloom Lake | X | X | X | | |
| | 243 | Due Diligence at Bloom Lake | X | X | X | | |
| | 249 | Costs at Bloom Lake | X | X | X | | |
| | 250 | Management and Staffing at Bloom Lake | | X | X | | |
| | 251 | Management and Staffing at Bloom Lake | X | X | X | | |
| CW 18 | 158 | Transportation System | X | X | X | | |
| | 248 | Silica Levels & Transportation System | X | X | X | | |
| CW 19 | 160 | Transportation System | | X | X | | X |
| CW 20 | 161 | Transportation System | X | X | X | X | |
| | 162 | Transportation System | X | X | X | X | |
| CW 21 | 163 | Transportation System | X | X | X | X | |
| CW 22 | 178 | Viability of Phase 2 and 3 Expansion | X | X | X | | |
| CW 23 | 181 | Viability of Phase 2 and 3 Expansion | | X | | X | |
| CW 24 | 209 | Testing and Sustainability of the Dividend | | | X | X | |
| CW 25 | 242 | Oversight of Bloom Lake | | X | X | | |
| | 244 | Visits to Bloom Lake | X | X | X | | |
| CW 26 | 245 | Visits to Bloom Lake | | X | X | X | |
| CW 27 | 252 | Profitability of Bloom Lake | X | X | X | | |
| CW 28 | 253 | Status of Bloom Lake | X | X | X | | X |