IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT,<br><br>Plaintiff,<br>v.<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRY PARADIE and DAVID B. BLAKE<br><br>Defendants. | Case No. 1:14-CV-01031-DAP<br><br>Judge Dan Aaron Polster |

**MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRANCE PARADIE, AND DAVID B. BLAKE**

Pursuant to Local Rule 83.9, having provided written notice to defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terrance Paradie, and David B. Blake (collectively, "Defendants") and providing notice to all other parties with this filing, attorneys Gregory A. Markel, Martin L. Seidel, and Gillian Groarke Burns of Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281, and Christopher S. Williams, Kimberly Moses, and Eric S. Zell of Calfee, Halter & Griswold LLP, 1405 East Sixth Street, Cleveland, Ohio 44114 hereby move the Court for permission to withdraw as counsel for Defendants in the captioned matter, and substitute John M. Newman, Jr., Geoffrey J. Ritts, and Adrienne Ferraro Mueller of Jones Day, 901 Lakeside Ave., Cleveland, Ohio 44114, in place of the law firms of Cadwalader, Wickersham & Taft LLP and Calfee, Halter & Griswold LLP, as counsel of record for Defendants in this action.

CLI-202362633v2

This substitution serves to reinstitute original counsel to all Defendants in the captioned action, reflects the Company's more general decision to restore its previous approach of concentrating a number of corporate and litigation assignments locally with Jones Day as outside counsel, and—given Jones Day's prior involvement in the litigation and the timing of this substitution—is not expected to cause any delay.  Similar motions for substitution of counsel also are being filed in *Rosenberg v. Cliffs Natural Resources, Inc., et* al., Case No. 1:14-cv-1531, which also is pending in the United States District Court for the Northern District of Ohio, and *Black v. Carrabba, et al.,* Case No. CV-14-827803, *Williams v. Carrabba, et al.,* Case No. CV-14-829499, and *Asmussen v. Carrabba, et al.,* Case No. CV-14-829259, all of which are pending in the Court of Common Pleas of Cuyahoga County, Ohio.

Dated:  March 16, 2015

Respectfully submitted,

/s/ Gregory A. Markel (by consent)
Gregory A. Markel (admitted *pro hac vice*)
E-mail:  greg.markel@cwt.com
Martin L. Seidel (admitted *pro hac vice*)
E-mail:  martin.seidel@cwt.com
Gillian Groarke Burns (admitted *pro hac vice*)
E-mail:  gillian.burns@cwt.com
Cadwalader, Wickersham & Taft
One World Financial Center
New York, NY 10281
(212) 504-6000
(212) 460-6666 (fax)

/s/ Christopher S. Williams (by consent)
Christopher S. Williams (OH 0043911)
E-mail:  cwilliams@calfee.com
Kimberly Moses (OH 0029601)
E-mail:  kmoses@calfee.com
Eric S. Zell (OH 0084318)
E-mail:  ezell@calfee.com
Calfee, Halter & Griswold LLP

The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
(216) 622-8200
(216) 241-0816 (fax)


/s/ Adrienne Ferraro Mueller
John M. Newman, Jr.
(Ohio Bar Registration No. 0005763)
E-mail: jmnewman@jonesday.com
Geoffrey J. Ritts
(Ohio Bar Registration No. 0062603)
E-mail: gjritts@jonesday.com
Adrienne Ferraro Mueller
(Ohio Bar Registration No. 0076332)
E-mail: afmueller@jonesday.com
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

*Attorneys for Defendants Cliffs Natural Resources Inc., Joseph A. Carrabba, Laurie Brlas, Terrance M. Paradie, and David B. Blake*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 16, 2015, a copy of the foregoing Motion For Leave To Withdraw and Substitution of Counsel For Defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terrance Paradie, and David B. Blake was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

<u>/s/ Adrienne Ferraro Mueller</u>
Adrienne Ferraro Mueller
(Ohio Bar Registration No. 0076332)
E-mail: afmueller@jonesday.com
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212

*One of the Attorneys for Defendants Cliffs Natural Resources Inc., Joseph A. Carrabba, Laurie Brlas, Terrance M. Paradie, and David B. Blake*