## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

THE DEPARTMENT OF THE TREASURY
OF THE STATE OF NEW JERSEY AND
ITS DIVISION OF INVESTMENT,

        Plaintiff,

v.

CLIFFS NATURAL RESOURCES INC.,
JOSEPH CARRABBA, LAURIE BRLAS,
TERRY PARADIE and DAVID B. BLAKE

        Defendants.

Case No. 1:14-CV-01031-DAP

Judge Dan Aaron Polster

### MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRANCE PARADIE, AND DAVID B. BLAKE

Pursuant to Local Rule 83.9, having provided written notice to defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terrance Paradie, and David B. Blake (collectively, "Defendants") and providing notice to all other parties with this filing, attorneys Gregory A. Markel, Martin L. Seidel, and Gillian Groarke Burns of Cadwalader, Wickersham & Taft LLP, One World Financial Center, New York, New York 10281, and Christopher S. Williams, Kimberly Moses, and Eric S. Zell of Calfee, Halter & Griswold LLP, 1405 East Sixth Street, Cleveland, Ohio 44114 hereby move the Court for permission to withdraw as counsel for Defendants in the captioned matter, and substitute John M. Newman, Jr., Geoffrey J. Ritts, and Adrienne Ferraro Mueller of Jones Day, 901 Lakeside Ave., Cleveland, Ohio 44114, in place of the law firms of Cadwalader, Wickersham & Taft LLP and Calfee, Halter & Griswold LLP, as counsel of record for Defendants in this action.

Motion granted.  /s/Dan Aaron Polster  3/27/15

CLI-202362633v2