**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **THE DEP'T OF THE TREASURY OF** | ) | **CASE NO.  1:14 CV 1031** |
| **THE STATE OF NEW JERSEY AND ITS** | ) | |
| **DIVISION OFINVESTMENT, on behalf** | ) | |
| **of all others similarly situated,** | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| **CLIFFS NATURAL RESOURCES INC.,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

The Court held a Case Management in this case on May 7, 2015.  Attending for Lead

Plaintiff: John Climaco, Michael Himmel, Michael Long, Max Berger, Jim Harrod, Scott

Simpkins, and Brian McDonough.  Attending for Defendants: Jack Newman, Geoffrey Ritts,

Adrienne Mueller, James Graham, Shelly Hillyer, Joseph Carrabba, David Blake, Terry Paradie,

Leor Kaplan, and Laurie Brlas.

As a result of discussions, Lead Plaintiff agreed to submit to defense counsel, with a copy

to the Court, its damages calculation analysis no later than May 14, 2015.  Defendants agreed to

submit to Lead Plaintiff, with a copy to the Court, its written response, including whether

Defendants want to engage in early settlement discussions no later than June 4, 2015.

The Court scheduled a call-in teleconference to discuss the case  at 12:00 p.m. on June 11, 2015.  Clients are permitted, but not required, to be on the call. The Court will email call-in instructions to counsel.

Defendants represented that they intend to file a motion to strike as well as a motion to dismiss by the May 15, 2015 deadline.  Discovery shall be stayed during the pendency of those anticipated motions.

**IT IS SO ORDERED.**

 */s/ Dan A. Polster    May 7, 2015*
**Dan Aaron Polster**
**United States District Judge**