# APPENDIX E
## BASES FOR DISCOUNTING EACH CONFIDENTIAL WITNESS ALLEGATION

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Vague & Conclusory | Statements Not Connected to Defendants | Departed Before or During Class Period | Background Statements Unrelated to Claims | Relies Entirely on Earlier Paragraphs Attributed to CW |
|---|---|---|---|---|---|---|---|---|
| CW 1 | 64 | Shutdowns at Bloom Lake | | X | X | | X | |
| | 75 | Management and Staffing at Bloom Lake | X | X | X | | | |
| | 85 | Visits to Bloom Lake | | X | X | | | |
| | 86 | Oversight of Bloom Lake | | X | X | | | |
| | 142(a)(iii) | Shutdowns at Bloom Lake | | X | X | | | X |
| | 142(c)(ii) | Visits to Bloom Lake | | X | X | | | X |
| | 142(c)(iii) | Oversight of Bloom Lake | | X | X | | | X |
| *CW 2*[1] | 67 | Production Goals | X | X | X | X | | |
| | 68 | Production Goals | X | X | X | X | | |
| | 85 | Visits to Bloom Lake | X | X | X | X | | |
| | 116 | Bloom Lake Budget Problems | X | X | X | X | X | |
| | 117 | Management Practices | X | X | X | X | | |
| | 142(a)(iii) | Production Goals | X | X | X | X | | X |
| | 142(b)(ii) | Visits to Bloom Lake | X | X | X | X | | X[2] |
| CW 5 | 76 | Costs and Accounting at Bloom Lake | | X | X | X | X | |
| CW 7 | 31 | Reason to Increase Dividend | X | | X | | X | |
| | 38 | Dividend Testing and Pricing Data | | X | | | X | |
| | 74 | Phase Program Viability and Impairment | X | X | X | | | |
| | 87 | Impairment Analysis | | X | X | | | |
| | 115 | Price Forecasting | | X | X | | | |
| | 142(a)(iv) | Impairment Analysis | X | X | X | | | X |

---

[1] The italicized CWs have provided declarations under penalty of perjury attesting that the SAC's allegations about them are untrue or misrepresented. *See* Mot. to Strike.

[2] Neither cited paragraph contains a shred of information from CW 2 supporting the allegations found in paragraph 142(b)(ii).

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Vague & Conclusory | Statements Not Connected to Defendants | Departed Before or During Class Period | Background Statements Unrelated to Claims | Relies Entirely on Earlier Paragraphs Attributed to CW |
|---|---|---|---|---|---|---|---|---|
| | 142(e)(ii) | Pricing Data | | X | | | X | X |
| | 142(f)(ii) | Testing and Sustainability of the Dividend | | X | | | X | X |
| CW 10 | 18 | Due Diligence at Bloom Lake | X | X | X | X | X | |
| | 65 | Bloom Lake Production Issues | | X | X | X | | |
| | 86 | Management and Due Diligence at Bloom Lake | X | X | X | X | | |
| | 142(a)(ii) | Due Diligence at Bloom Lake | X | X | X | X | | X |
| | 142(a)(iii) | Attendance at Montreal Meetings | | X | X | X | | X |
| | 142(b)(iii) | Attendance at Montreal Meetings | | X | X | X | | X |
| | 142(d)(i) | Due Diligence at Bloom Lake | X | X | X | X | X | X |
| CW 11 | 70 & n.4 | Concentrator Issues | | X | X | | X | |
| CW 14 | 71 | Concentrator Issues | X | | X | X | X | |
| CW 15 | 71 n.5 | Concentrator and Infrastructure Issues | X | X | X | X[3] | X | |
| CW 16 | 81 n.6 | Conveyor Issues | X | | X | X | X | |
| | 85 | Visits to Bloom Lake | X | X | X | X | | |
| | 97 | Vallée Accounting Manipulations | | X | X | X | | |
| | 98 | Vallée Accounting Manipulations | | X | X | X | | |
| | 99 | Phase II and Budgeting Issues | | X | X | X | | |
| | 101 | Delay of Phase II Expansion | X | X | X | X | | |
| CW 17 | 77 | Staffing at Bloom Lake | | X | X | | | |
| | 86 | Oversight of Bloom Lake | X | | X | | | |

---

[3] Not a Cliffs' employee; employed by CIMA+.  Appendix B to SAC.

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Vague & Conclusory | Statements Not Connected to Defendants | Departed Before or During Class Period | Background Statements Unrelated to Claims | Relies Entirely on Earlier Paragraphs Attributed to CW |
|---|---|---|---|---|---|---|---|---|
| | 142(b)(iii) | Budget Overages | X | X | X | | | X[4] |
| CW 17 | 142(c)(iii) | Due Diligence at Bloom Lake | X | | X | | | X |
| *CW 18* | 83 | Rail System at Bloom Lake | X | X | X | | | |
| CW 19 | 80 | Transportation System at Bloom Lake | | X | X | | X | |
| CW 20 | 81 | Operational Issues at Bloom Lake | X | X | X | X | X | |
| CW 21 | 82 | Transportation System | X | X | X | X | X | |
| CW 24 | 112 | Dividend and Financial Modeling | X | X | X | X | | |
| | 113 | Dividend and Financial Modeling | X | X | X | X | X | |
| CW 25 | 68 | Oversight of Bloom Lake | X | X | X | | | |
| | 85 | Visits to Bloom Lake | | X | X | | | |
| | 142(a)(ii) | Visits to Bloom Lake | | X | X | | | X |
| | 142(a)(iii) | Oversight of Bloom Lake | X | X | X | | | X[5] |
| | 142(c)(ii) | Visits to Bloom Lake | | X | X | | | X |
| | 142(c)(iv) | Oversight of Bloom Lake | X | X | X | | | X[6] |
| CW 26 | 85 | Visits to Bloom Lake | | | X | X | | |
| | 142(a)(ii) | Visits to Bloom Lake | | | X | X | | X[7] |
| | 142(b)(ii) | Visits to Bloom Lake | | | X | X | | X[8] |

---

[4] Three of the four paragraphs cited in support do not even reference CW 17.

[5] Only one of the two cited paragraphs mentions CW 25.

[6] Only one of the two cited paragraphs mentions CW 25.

[7] Exaggerates content of the cited CW 26 allegation.

[8] Only one of the two cited paragraphs mentions CW 26. Exaggerates content of cited allegation.

| Confidential Witness | Paragraph # | Topic of Statement | Lack of Personal Knowledge/Rumor | Vague & Conclusory | Statements Not Connected to Defendants | Departed Before or During Class Period | Background Statements Unrelated to Claims | Relies Entirely on Earlier Paragraphs Attributed to CW |
|---|---|---|---|---|---|---|---|---|
| CW 27 | 72 | Revenue Issues at Bloom Lake | X | X | X | X | | |
| | 142(b)(iii) | Revenue Issues at Bloom Lake | X | X | X | X | | X |
| | 142(d)(ii) | Bloom Lake Accounting | X | X | X | X | | X |
| *CW 29* | 18 | Due Diligence at Bloom Lake | X | X | X | | | |
| | 66 | Production at Bloom Lake | X | X | X | | | |
| | 68 | Production at Bloom Lake | | X | X | | | |
| | 73 | Bloom Lake Financial Reports | | X | X | | | |
| | 77 | Management Turnover at Bloom Lake | X | X | X | | | |
| | 85 | Visits to Bloom Lake | | X | X | | | |
| | 86 | Due Diligence and Management at Bloom Lake | X | X | X | | | |
| | 142(a)(ii) | Due Diligence at Bloom Lake | | X | X | | | X |
| | 142(b)(ii) | Visits to Bloom Lake | X | X | X | | | X[9] |
| | 142(b)(iii) | Bloom Lake Financial Reports | | X | X | | | X |
| | 142(c)(ii) | Due Diligence at Bloom Lake | | X | X | | | X |
| | 142(c)(iii) | Management at Bloom Lake | | X | X | | | X |

---

[9] Exaggerates content of the cited CW 29 allegations.