UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRY PARADIE, and DAVID B. BLAKE<br><br>Defendants. | Civ. A. No. 14-CV-1031-DAP<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Greg White |

### DECLARATION OF ADRIENNE FERRARO MUELLER

ADRIENNE FERRARO MUELLER declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of Jones Day. I am a member in good standing of the Bar of the State of Ohio, and I am licensed to practice before this Court. I represent defendants Cliffs Natural Resources Inc. ("Cliffs"), Joseph Carrabba, Laurie Brlas, Terrance Paradie, and David B. Blake in this action.

2. I make this declaration to authenticate copies of materials to be considered in connection with the Reply Memorandum in Support of Defendants' Motion to Dismiss the Second Amended Complaint ("Reply").

3. Submitted herewith are true and correct copies of the following:

    Exhibit A:    Excerpts from Humphrey Hospitality Trust, Inc.'s Fiscal Year 1999 Form 10-K, filed with the Securities and Exchange Commission on March 29, 2000.

Exhibit B: All unreported cases cited in defendants' Reply.

4. I declare under penalty of perjury that the foregoing is true and correct, based upon my knowledge, information, and belief.

Dated: October 6, 2014

*Adrienne Ferraro Mueller*
Adrienne Ferraro Mueller
(Ohio Bar Registration No. 0076332)