# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFS NATURAL RESOURCES INC., *et al.*,<br><br>Defendants. | Civ. A. No. 14-CV-1031-DAP<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Greg White |

## DEFENDANTS' MOTION TO SCHEDULE ORAL ARGUMENT ON MOTION TO DISMISS AND MOTION TO STRIKE

Defendants respectfully request that the Court schedule an oral argument on defendants' Motion to Dismiss the Second Amended Complaint (D.I. 66) and their Motion Under Rule 12(f) to Strike Certain Allegations from the Second Amended Complaint (D.I. 69).

Briefing on both the motions is complete. Because both motions are directed at the Second Amended Complaint (D.I. 55) (the "Complaint"), defendants believe that the decisional process will be aided by considering both motions simultaneously.

We are, of course, aware of the Court's usual practice of ruling on written briefs only, without oral presentations. In this instance, however, we suggest oral argument would be particularly appropriate in light of the length and complexity of the Complaint, and the multiple grounds on which defendants contend that the Complaint should be dismissed or stricken, in whole or at least in part. The Motion to Dismiss involves important issues of law under the

NAI-1500550202v3

Private Securities Litigation Reform Act of 1995 that are unique to cases of this sort, while the Motion to Strike raises grave concerns about the foundation for certain allegations advanced by plaintiff as central to its charge of fraud.  Defendants believe that an oral hearing will help to crystallize the key issues on both motions and assist the Court in deciding them.

Plaintiff has informed us that it consents to the relief sought in this motion.

Dated:  October 6, 2015  Respectfully submitted,

/s/ John M. Newman, Jr.
John M. Newman, Jr. (0005763)
Geoffrey J. Ritts (0062603)
Adrienne Ferraro Mueller (0076332)
Brett W. Bell (0089168)
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: 216.586.3939
Facsimile:  216.579.0212
jmnewman@jonesday.com
gjritts@jonesday.com
afmueller@jonesday.com
bbell@jonesday.com

*Attorneys for Defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terry Paradie, and David B. Blake*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2015, a copy of the foregoing was filed electronically with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

  /s/ John M. Newman, Jr.
John M. Newman, Jr.
*One of the Attorneys for Defendants Cliffs Natural Resources Inc., Joseph Carrabba, Laurie Brlas, Terry Paradie, and David B. Blake*