UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRY PARADIE, and DAVID B. BLAKE,<br><br>Defendants. | Civ. A. No. 14-CV-1031-DAP<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Greg White |

## PARTIES' SUBMISSION ON SCHEDULING

1. The parties have been unable to agree on discovery scheduling dates, with limited exceptions. Their respective proposals on events and dates follow:

| Event | Lead Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| PERIOD FOR FACT DISCOVERY BEGINS | November 17, 2015 | November 17, 2015 |
| Demands for production of documents, and other fact discovery requests, may be served starting | November 17, 2015 | November 17, 2015 |
| Producing party to propose custodians, search terms, and shared stores for electronically stored information (ESI) | December 4, 2015 | n/a |
| Propounding party to respond to producing party's proposal and conduct meet-and-confer regarding ESI disputes, including search terms | December 9, 2015 | n/a |
| Reach agreement on ESI search terms or submit disputes to the Court | December 17, 2015 | n/a |

1

| Event | Lead Plaintiff's Proposed Date | Defendants' Proposed Date |
|---|---|---|
| Rolling production of documents to commence | January 8, 2016[1] | January 8, 2016 |
| Status conference on discovery | Approximately February 15, 2016, at the Court's convenience | Approximately June 1, 2016, at the Court's convenience |
| Target for substantial completion of document production | March 15, 2016 | September 15, 2016 |
| Disclosure of expected subject matters of expert opinion | March 15, 2016 | same date as completion of fact discovery |
| COMPLETION OF FACT DISCOVERY[2] | July 29, 2016 | 6 months after targeted completion of document production: March 15, 2017 |
| PERIOD FOR EXPERT DISCLOSURE/DISCOVERY BEGINS | August 5, 2016 | same date as completion of fact discovery: March 15, 2017 |
| Plaintiff's expert disclosures and reports due | August 5, 2016 | 7 days after close of fact discovery |
| Defendants' expert disclosures and reports | September 2, 2016 | 45 days after plaintiff's expert disclosures |
| Plaintiff's expert disclosures and reports solely for rebuttal purposes | October 1, 2016 | 30 days after defendants' expert disclosures |
| COMPLETION OF EXPERT DISCOVERY | October 1, 2016 | 30 days after plaintiff's rebuttal disclosures |

2.  The parties recommend that the case be assigned to the Complex track.

---

[1] Lead Plaintiff proposes that Privilege logs be produced within seven days following each production of documents.

[2] All discovery to be served sufficiently in advance of the fact discovery cutoff that it can be completed by the cutoff date.

2

3. The parties have agreed that each side may take 20 depositions and serve 50 interrogatories.

4. When plaintiff moves for class certification, the parties will meet and confer on scheduling of any briefing and expert discovery associated with class certification.

Dated:  November 16, 2015　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　*s/* Scott D. Simpkins
　　　　　　　　　　　　　　　　　　　　　　　John R. Climaco (0011456)
　　　　　　　　　　　　　　　　　　　　　　　Scott D. Simpkins (0066775)
　　　　　　　　　　　　　　　　　　　　　　　CLIMACO WILCOX PECA TARANTINO
　　　　　　　　　　　　　　　　　　　　　　　& GAROFOLI CO., LPA
　　　　　　　　　　　　　　　　　　　　　　　55 Public Square, Suite 1950
　　　　　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44113
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (216) 621-8484
　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (216) 771-1632
　　　　　　　　　　　　　　　　　　　　　　　jrclim@climacolaw.com
　　　　　　　　　　　　　　　　　　　　　　　sdsimp@climacolaw.com

　　　　　　　　　　　　　　　　　　　　　　　*Local Counsel for Lead Plaintiff, the*
　　　　　　　　　　　　　　　　　　　　　　　*Department of the Treasury of the State of*
　　　　　　　　　　　　　　　　　　　　　　　*New Jersey and its Division of Investment*

| | |
|---|---|
| Michael B. Himmel | Max W. Berger |
| Michael T.G. Long | James A. Harrod |
| Jamie R. Gottlieb | Jeremy P. Robinson |
| Joseph A. Fischetti | Rebecca E. Boon |
| Brandon M. Fierro | Adam D. Hollander |
| LOWENSTEIN SANDLER LLP | BERNSTEIN LITOWITZ BERGER |
| 65 Livingston Avenue |   & GROSSMANN LLP |
| Roseland, New Jersey 07068 | 1285 Avenue of the Americas |
| Telephone: (973) 597-2500 | New York, New York 10019 |
| Facsimile: (973) 597-2400 | Telephone: (212) 554-1400 |
| mhimmel@lowenstein.com | Facsimile: (212) 554-1444 |
| mlong@lowenstein.com | MWB@blbglaw.com |
| jgottlieb@lowenstein.com | jim.harrod@blbglaw.com |
| jfischetti@lowenstein.com | jeremy@blbglaw.com |
| bfierro@lowenstein.com | rebecca.boon@blbglaw.com |
| | adam.hollander@blbglaw.com |

*Counsel for Lead Plaintiff, the Department of the Treasury of the State of New Jersey and its Division of Investment, and Lead Counsel for the Class*

s/ John M. Newman, Jr.
John M. Newman, Jr. (0005763)
Geoffrey J. Ritts (0062603)
Adrienne Ferraro Mueller (0076332)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
jmnewman@jonesday.com
gjritts@jonesday.com
afmueller@jonesday.com

*Attorneys for Defendants*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 16, 2015, a copy of the foregoing Report of Parties' Planning Meeting under Fed. R. Civ. P. 26(f) and L.R. 16.3(b) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

s/ Scott D. Simpkins
Scott D. Simpkins (0066775)
CLIMACO WILCOX PECA TARANTINO
& GAROFOLI CO., LPA
55 Public Square, Suite 1950
Cleveland, Ohio 44113
Telephone: (216) 621-8484
Facsimile: (216) 771-1632
sdsimp@climacolaw.com
