**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **THE DEP'T OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of all others similarly situated,** ) ) ) ) | **CASE NO. 1:14 CV 1031** |
| ) | **JUDGE DAN AARON POLSTER** |
| **Plaintiffs,** ) ) ) | |
| ) | **CASE MANAGEMENT SCHEDULE** |
| **vs.** ) ) | |
| **CLIFFS NATURAL RESOURCES, INC., et al.,** ) ) ) | |
| **Defendants.** ) | |

On November 6, 2015, the Court issued an Opinion and Order denying Defendants' Motion to Dismiss the Second Amended Complaint and directed counsel to confer and file a proposed agreed discovery schedule by November 16, 2015. (Doc #: 84.) On November 16, 2015, the parties filed a document entitled Parties' Submission on Scheduling in which they agreed to two dates, i.e., the period for fact discovery to begin (November 17, 2015) and the date for rolling production of documents to commence (January 8, 2016). (Doc #: 85.) Apparently, they were unable to agree on anything else as Defendants simultaneously filed a Statement on Scheduling (Doc #: 86) followed by Lead Plaintiff's Response (Doc #: 87). The Court has reviewed all documents and concludes as follows:

| Event | Date |
|---|---|
| **FACT DISCOVERY COMMENCES** | **Immediately** |
| Producing party to propose custodians, search terms, and shared stores for electronically stored information (ESI) | December 4, 2015 |
| Propounding party to respond to producing party's proposal and conduct meet-and-confer regarding ESI disputes, including search terms | December 9, 2015 |
| Reach agreement on ESI search terms or submit disputes to the Court | December 17, 2015 |
| Rolling production of documents to commence | January 8, 2016 |
| Deadline for completion of document production | June 10, 2016 |
| **MID-DISCOVERY STATUS TELECONFERENCE** | **9:30 EDT on Tuesday, July 12, 2016** |
| Deadline for disclosure of expected subject matters of expert opinion | October 16, 2016 |
| Deadline for fact witness depositions | December 9, 2016 |
| **COMPLETION OF FACT DISCOVERY** | **December 9, 2016** |
| **EXPERT DISCOVERY COMMENCES** | **December 12, 2016** |
| Lead Plaintiff's expert disclosures and reports due | December 12, 2016 |
| Defendants' expert disclosure and reports due | January 16, 2017 |
| Lead Plaintiff's expert disclosures and reports solely for rebuttal purposes | February 13, 2017 |
| **COMPLETION OF EXPERT DISCOVERY** | **March 17, 2017** |

Based on the parties' agreement, each side may take 20 depositions and serve 50 interrogatories, and the Court assigns this case to the Complex Track. Finally, privilege logs shall be produced within seven days following each production of documents.

**IT IS SO ORDERED.**

                                        /s/ Dan Aaron Polster    November 19, 2015
                                        **Dan Aaron Polster**
                                        **United States District Judge**