UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLIFFS NATURAL RESOURCES INC., JOSEPH CARRABBA, LAURIE BRLAS, TERRY PARADIE, and DAVID B. BLAKE,<br><br>Defendants. | Case No. 1:14-cv-1031<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Greg White |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR
(I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
(II) CERTIFICATION OF THE SETTLEMENT CLASS, AND
(III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement with Individual Defendants dated March 10, 2016 (the "Stipulation"),[1] attached hereto as Exhibit A, the accompanying memorandum of law filed simultaneously herewith, and all prior proceedings in this action, Lead Plaintiff, The Department of the Treasury of the State of New Jersey and its Division of Investment, pursuant to Rule 23 of the Federal Rules of Civil Procedure, now moves this Court before the Honorable Dan Aaron Polster at the United States District Court, Northern District of Ohio, Eastern Division, Courtroom 18B of the Carl B. Stokes United States Court

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

House, 801 West Superior Avenue, Cleveland, Ohio 44113-1837, at a date and time to be determined by the Court, for an Order granting:

(1) Preliminary approval of the proposed Settlement of this class action which, if granted final approval, would resolve this action in its entirety;

(2) Certification of the proposed Settlement Class;

(3) Approval of the form, content and manner of the class notices to Settlement Class Members; and

(4) Scheduling of a hearing, and certain deadlines related thereto, on final approval of the Settlement, the proposed Plan of Allocation and Lead Counsel's application for an award of attorneys' fees and reimbursement of litigation expenses.

Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants. The Settling Parties' agreed-upon form of proposed Preliminary Approval Order, with exhibits thereto, is attached as Exhibit B to this Notice of Motion.

Dated:  March 11, 2016                     Respectfully submitted,

                                           /s/ Scott D. Simpkins

                                           John R. Climaco (0011456)
                                           Scott D. Simpkins (0066775)
                                           **CLIMACO WILCOX PECA TARANTINO
                                             & GAROFOLI CO., LPA**
                                           55 Public Square, Suite 1950
                                           Cleveland, Ohio 44113
                                           Telephone:  (216) 621-8484
                                           Facsimile:  (216) 771-1632
                                           jrclim@climacolaw.com
                                           sdsimp@climacolaw.com

                                           *Local Counsel for Lead Plaintiff, The
                                           Department of the Treasury of the State of New
                                           Jersey and its Division of Investment, and the
                                           Settlement Class*

James A. Harrod
Jeremy P. Robinson
Rebecca E. Boon
Adam D. Hollander
**BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile:  (212) 554-1444
jim.harrod@blbglaw.com
jeremy@blbglaw.com
rebecca.boon@blbglaw.com
adam.hollander@blbglaw.com

Michael B. Himmel
Michael T.G. Long
Jamie R. Gottlieb
Joseph A. Fischetti
Brandon M. Fierro
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 597-2500
Facsimile:  (973) 597-2400
mhimmel@lowenstein.com
mlong@lowenstein.com
jgottlieb@lowenstein.com
jfischetti@lowenstein.com
bfierro@lowenstein.com

*Lead Counsel for Lead Plaintiff, The Department of the Treasury of the State of New Jersey and its Division of Investment, and the Settlement Class*

#966036