## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was filed electronically this 23rd day of June 2016.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Dated:  June 23, 2016                       */s/ Scott D. Simpkins*
                                                  John R. Climaco (0011456)
                                                  Scott D. Simpkins (0066775)
                                                  **CLIMACO WILCOX PECA TARANTINO**
                                                  **& GAROFOLI CO., LPA**
                                                  55 Public Square, Suite 1950
                                                  Cleveland, Ohio 44113
                                                  Telephone: (216) 621-8484
                                                  Facsimile:  (216) 771-1632
                                                  jrclim@climacolaw.com
                                                  sdsimp@climacolaw.com

                                                *Local Counsel for Lead Plaintiff*