UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEPARTMENT OF THE TREASURY, ) <br> OF THE STATE OF NEW JERSEY ) <br> AND ITS DIVISION OF INVESTMENT, ) <br> ) <br>     **Plaintiff,** ) <br> ) <br>            V. ) <br> ) <br> CLIFFS NATURAL RESOURCES, ) <br> INC., et al., ) <br> ) <br>     **Defendant(s).** ) <br> ) | Case No. 1:14CV1031 <br><br><br><br> JUDGE DAN AARON POLSTER <br><br><br> MINUTES OF PROCEEDING |

Proceedings:

The Court held a Fairness Hearing on June 30, 2016[1]. The Court overrules the objections filed by Jeff Brown and approves the Order Approving Plan of Allocation of Net Settlement Fund, Order Awarding Attorneys' Fees and Reimbursement of Litigation Fees, and Order and Final Judgment.

Time: <u>10 minutes</u>                                  <u>s/ Katherine King</u>
                                                                                    Courtroom Deputy

Court Reporter: <u>Judith Gage</u>

---

[1]Attendance sheet attached.

# ATTENDANCE SHEET

**Department of the Treasury of the State of New Jersey and its Division of Investment v. Cliffs Natural Resources Inc. et al**
**Case No.: 1:14-cv-01031**
**June 30, 2016 at 12:00 p.m.**
**Fairness Hearing**

## PLEASE **PRINT** NAMES OF ALL ATTENDEES

| Name | Affiliation |
|---|---|
| MICHAEL HIMMEL | Lowenstein Sandler — Representing NJ |
| MICHAEL LONG | Lowenstein Sandler — Representing NJ |
| James Harrod | Bernstein Litowitz Berger & Grossmann, NJ |
| John R Climaco | Climaco, Wilcox Peca Tanswether & Anoff |
| Scot Simpson | " " " " |
| Victoria Manning | Deputy Attorney General — NJ |
| Jack Newman | Jones Day — Cliff's Natural Resources |
| Geoff Ritts | Jones Day — Cliff's Natural Resources |
| Jason Veloso | Cliffs Natural Resources |
| James Graham | " " |