UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 16-3405
_____

The Department of the Treasury of the State of New Jersey and its Division of Investment, on behalf of itself and all others similarly situated

Plaintiff - Appellee

v.

Cliffs Natural Resources Inc.; Joseph Carrabba; Laurie Brlas; Terry Paradie; David Blake

Defendants - Appellees

------------------------------

Jeff M. Brown

Objector - Appellant

_____

Appeal from The Northern District of Ohio
(1:14-cv-01031-DAP)
_____

**JUDGMENT**

Before LOKEN, MURPHY and SHEPHERD, Circuit Judges.

    The court has carefully reviewed the original file of the United States District Court and orders that this appeal be dismissed for lack of jurisdiction.

September 15, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans