

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

THE DEPARTMENT OF THE
TREASURY OF THE STATE
OF NEW JERSEY AND ITS
DIVISION OF INVESTMENT,
on behalf of itself and all others
similarly situated,

    Plaintiff,

v.

CLIFFS NATURAL RESOURCES INC.,
JOSEPH CARRABBA, LAURIE BRLAS,
TERRY PARADIE, and DAVID B.
BLAKE,

    Defendants.

Case No. 1:14-cv-1031 Judge Dan Aaron Polster

## AMENDED NOTICE OF APPEAL

**Jeff M. Brown, Pro Se**
750 South Dixie Highway
Boca Raton, FL 33432
PH.: 561-395-0000
jbrown@lavallebrown.com

Amended notice is hereby given that Class Member/Objector Jeff M. Brown, Pro Se appeals to the United States Court of Appeals for the Sixth Circuit from the Order and Final Judgment (Dkt. #109), Order Approving Plan of Allocation and Settlement (Dkt. #108) and Order Awarding Attorney Fees and Reimbursement of Litigation Expenses (Dkt.#110), each of which were entered in this action on June 30, 2016. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Objector or the objection filed by this Objector, including any entered or signed subsequent to this Amended Notice of Appeal.

Dated: September 14, 2016.

Respectfully submitted,

**Jeff M. Brown**
750 South Dixie Highway
Boca Raton, FL 3343
PH.: 561-395-0000
jbrown@lavallebrown.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, September 14, 2016, I caused to be filed this Amended Notice of Appeal by mailing this Amended Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Northern District of Ohio, Eastern Division at the Clerk of Court's address included in the Legal Notice of Settlement in this action. The Clerk will file this Amended Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all CM/ECF registered attorneys in this case.

I further certify that I caused to be mailed via U.S. First Class this Amended Notice of Appeal to the counsel listed in the Legal Notice of Settlement in this action.

_____
Jeff M. Brown