# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **THE DEP'T OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, on behalf of all others similarly situated,** | ) ) ) ) | **CASE NO. 1:14 CV 1031** |
| | ) | **JUDGE DAN AARON POLSTER** |
| Plaintiffs, | ) ) | |
| | ) | **ORDER** |
| vs. | ) ) | |
| **CLIFFS NATURAL RESOURCES, INC., et al.,** | ) ) ) | |
| Defendants. | ) | |

This case is before the Court on Notice of Lead Plaintiff's Motion to Require an Appeal Bond. (Doc #: 117.) Lead Plaintiff asks the Court for entry of an order requiring Objector-Appellant Jeff M. Brown to post an appeal bond under Federal Rule of Appellate Procedure 7. (Id.)

The Court, having reviewed the Motion, hereby **DIRECTS** Objector-Appellant Brown to file a response brief **no later than 12:00 noon Eastern Time on Friday, November 11, 2016**.

**IT IS SO ORDERED.**

/s/ Dan A Polster    November 4, 2016
**Dan Aaron Polster**
**United States District Judge**