# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DISTRICT

THE DEPARTMENT OF THE
TREASURY OF THE STATE
OF NEW JERSEY AND ITS
DIVISION OF INVESTMENT,
on behalf of itself and all others
similarly situated,

    Plaintiff,

v.

CLIFFS NATURAL RESOURCES INC.,
JOSEPH CARRABBA, LAURIE BRLAS,
TERRY PARADIE, and DAVID B.
BLAKE,

    Defendants.

Case No. 1:14-cv-1031 Judge Dan Aaron Polster



## NOTICE OF APPEAL

**Jeff M. Brown, Pro Se**
750 South Dixie Highway
Boca Raton, FL 33432
PH.: 561-395-0000
jbrown@lavallebrown.com

Notice is hereby given that Class Member/Objector Jeff M. Brown, Pro Se appeals to the United States Court of Appeals for the Sixth Circuit from the Order (Dkt. #123) entered in this action on December 7, 2016. Class Member/Objector also hereby appeals from any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: December 21, 2016

Respectfully submitted,

_____
**Jeff M. Brown**
750 South Dixie Highway
Boca Raton, FL 3343
PH.: 561-395-0000
jbrown@lavallebrown.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, December 21, 2016, I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S.P.O. overnight delivery system to the Clerk of Courts of the United States District Court for the Northern District of Ohio, Eastern Division at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

I further certify that I caused to be mailed via U.S. First Class this Notice of Appeal to the counsel listed in the Notice in this matter. Finally, I served the counsel listed in the Notice in this matter via email to the email addresses indicated in their law firms' websites.

_____
Jeff M. Brown
750 South Dixie Highway
Boca Raton, FL 3343
PH.: 561-395-0000
jbrown@lavallebrown.com