Case No. 17-3001

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY AND ITS DIVISION OF INVESTMENT, On Behalf of Itself and All Others Similarly Situated

    Plaintiff - Appellee

v.

CLIFFS NATURAL RESOURCES INC.; JOSEPH CARRABBA; LAURIE BRLAS; TERRY PARADIE; DAVID BLAKE

    Defendants - Appellees

                                    1:14cv1031 - DAP

v.

JEFF M. BROWN

    Movant - Appellant

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

   The proper fee was not paid by January 17, 2017.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                             **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  January 24, 2017